IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEVEN CHACE,

        Plaintiff,

v.

MAGELLAN DOE COMPANY,

        Defendant.

8:18CV113

**ORDER**

The plaintiff has until the close of business on January 18, 2019 to file evidence of service or show cause why this case should not be dismissed for failure to prosecute the defendant.

Dated this 4th day of January, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge