United States District Court, District of Nebraska

| | |
|---|---|
| Steven Chace, | Case No. 8:18-cv-113 |
| Plaintiff, | |
| v. | Plaintiff's Motion For Order Of Dismissal Without Prejudice |
| Magellan Ammonia Pipeline, L.P., and, Magellan Midstream Partners, L.P., And, Magellan Doe Company, | |
| Defendants. | |

Plaintiff respectfully moves for an Order dismissing this action without prejudice.

Plaintiff will pursue the case in state court.

Steven Chace, Plaintiff

By: /s/ David A. Domina
David A. Domina, #11043
Brian E. Jorde, #23613
DOMINALAW Group pc llo
2425 S. 144th Street
Omaha, NE 68144
(402) 493-4100
ddomina@dominalaw.com

### Certificate of Service

I certify that on January 18, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ David A. Domina